# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,     :     Case No. 3:15-po-187

- vs -                             Magistrate Judge Michael R. Merz

SCOTTY BLACK,

                Defendant.    :

## DISMISSAL ORDER

In this case Defendant was charged by Information on July 10, 2015, with one count of driving while under suspension (ECF No. 1). Process was issued but never served (ECF Nos. 3, 4). When Defendant failed to appear for initial appearance, then Magistrate Judge Newman issued a warrant for his arrest (ECF No. 5), but the United States Marshal Service likewise returned the arrest warrant unexecuted June 15, 2017 (ECF No. 7). On November 13, 2020, Judge Newman took the oath of office as a United States District Judge and Chief Judge Marbley has accordingly transferred this case to the undersigned.

Noting that the United States has, so far as the docket shows, made no effort to serve process on the Defendant since June 15, 2017, the Court, acting *sua sponte*, orders this case dismissed for want of prosecution.

November 27, 2020.

                                                  s/ *Michael R. Merz*
                                              United States Magistrate Judge